# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

                                            Case No. 2:19-cr-101(2)
    **v.**                                      **JUDGE EDMUND A. SARGUS, JR.**

**GITA RAO,**

    **Defendant.**

## ORDER

This case is before the Court on Defendant Gita Rao's (Defendant) Motion for Return of Passport. (ECF No. 76). Defendant's father has passed away and Defendant requests the return of her passport for the limited purpose of traveling to India for her father's memorial service. Travel is expected to take place between November 26, 2020 and December 6, 2020. The Government does not oppose the Defendant's request, nor does the Defendant's probation officer. The Defendant's Motion for Return of Passport for the limited purpose of traveling to India is **GRANTED**. (ECF No. 76). The Defendant will relinquish her passport upon her return to the United States.

    **IT IS SO ORDERED.**

**10/13/2020**                                                  **s/Edmund A. Sargus, Jr.**
**DATED**                                                        **EDMUND A. SARGUS, JR.**
                                                                **UNITED STATES DISTRICT JUDGE**